MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
WILLIAM J. LEVY,              :
                              :
            Plaintiff,        :
                              :
    - v. -                    :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :   07 Civ. 8793 (JSR)(KNF)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from December 21, 2007 to and including February 20, 2008.  The reason for the request is

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
November 15, 2007

                FUSCO, BRANDENSTEIN & RADA, P.C.
                Attorneys for Plaintiff

                By: _____
                ABA HEIMAN, ESQ.
                180 Froehlich Farm Boulevard
                Woodbury, New York  11797
                Telephone No.: (516) 496-0400

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York
                Attorney for Defendant

                By: _____
                LESLIE A. RAMIREZ-FISHER
                Assistant United States Attorney
                86 Chambers Street - 3rd Floor
                New York, New York  10007
                Telephone No.: (212) 637-0378

SO ORDERED: 12/3/07

_____
UNITED STATES DISTRICT JUDGE
HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York