



U.S. Department of Justice

United States Attorney
Southern District of New York

FEB 21 2008

RECEIVED FEB 21 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

86 Chambers Street
New York, New York 10007

MEMO ENDORSED

February 20, 2008

By Hand

Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 530
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

    Re:  William Levy v. Astrue
         07 Civ. 8793 (JSR) (KNF)

Dear Judge Fox:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. Upon my review of the case, I encountered several issues that require that I seek additional information from the Agency. Therefore, with consent of plaintiff, I respectfully request an extension of thirty days from today, February 20, 2008, to March 21, 2008, to respond to the complaint.

    This is defendant's second request for an extension on the answer as the answer was originally due on December 21, 2007.

    Thank you for your consideration of this request.

2/21/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Aba Heiman, Esq. (by fax)