UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WILLIAM P. LEVY,                                             :
                                                             :
                Plaintiff,                                   :      **ORDER**
                                                             :
        -against-                                            :      07 Civ. 8793 (JSR)(KNF)
                                                             :
MICHAEL J. ASTRUE, COMMISSIONER OF                           :
SOCIAL SECURITY ADMINISTRATION,                              :
                                                             :
                Defendant.                                   :
------------------------------------------------------------- X

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # ____ DATE FILED: 4/23/08]

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The plaintiff commenced this action challenging a final determination made by the defendant respecting the plaintiff's entitlement to benefits administered by the Social Security Administration. The defendant has filed an answer to the plaintiff's complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. on or before May 16, 2008, any dispositive motion shall be served and filed;

2. on or before May 30, 2008, any response to the motion shall be served and filed; and

3. on or before June 10, 2008, any reply shall be served and filed.

Dated: New York, New York          SO ORDERED:
       April 23, 2008

                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Aba Heiman, Esq.
Leslie A. Ramirez-Fisher, Esq.