ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone (212) 637-0378
Facsimile (212) 637-2750
Email leslie.ramirez-fisher@usdoj.gov



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
WILLIAM LEVY,                       :
                                    :
            Plaintiff,              :
                                    :
      - v. -                        :
                                    :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,                  :   07 Civ. 8793 (JSR)
Commissioner of Social Security,    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings;

       IT IS HEREBY FURTHER STIPULATED AND AGREED that the case will be assigned to a different administrative law judge; that the issue on remand will be limited to whether plaintiff was disabled from September 25, 2002 through March 6, 2006; and that

no further medical examinations will be scheduled.

The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated:    New York, New York
          April 24, 2008

                            FUSCO, BRANDENSTEIN & RADA, P.C.
                            Attorneys for Plaintiff

By: _____
    ABA HEIMAN, ESQ
    180 Froechlich Farm Boulevard
    Woodbury, New York 11797
    Telephone No: (516) 496-0400

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone (212) 637-0378
    Facsimile (212) 637-2750
    Email leslie.ramirez-
         fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5-4-08