UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
WILLIAM LEVY,

                     Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                     Defendant.
--------------------------------------------------------------X

07 **CIVIL** 8793 (JSR)
**JUDGMENT**

**SCANNED**

    Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on May 4, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, assigning the case to a different administrative law judge, that the issue on remand will be limited to whether plaintiff was disabled from September 25, 2002 through March 6, 20006, and that no further medical examinations will be scheduled, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings; the case will be assigned to a different administrative law judge; the issue on remand will be limited to whether plaintiff was disabled from September 25, 2002 through March 6, 20006, and that no further medical examinations will be scheduled.

Dated: New York, New York
         May 8, 2008

                                        **J. MICHAEL McMAHON**
                                        **Clerk of Court**
                         BY: _____
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

[Stamp: FILED MAY 0 8 2008 S.D. OF N.Y.]